236 P.2d 205]

[Civ. No. 18413. Second Dist., Div. Two. Oct. 15, 1951.]

BRUCE WHITE, Appellant, v. PACKARD-BELL COMPANY (a Corporation) et al., Respondents.

Elmer H. V. Hoffman and Charles H. Carr for Appellant.

Todd W. Johnson, Donald C. McGovern and Edward D. Robertson for Respondents.

McCOMB, J.—It has been stipulated that the decision in *Marshall v. Packard-Bell*, No. 18411 (*ante*, p. 770 [236 P.2d 201]), shall be controlling in the above-entitled case. Since we have this day filed a decision affirming the judgment in *Marshall* v. *Packard-Bell*, it is ordered that the judgment in the instant case be affirmed.

Moore, P. J., concurred.

A petition for a rehearing was denied November 1, 1951, and appellant's petition for a hearing by the Supreme Court was denied December 13, 1951.

236 P.2d 205]

[Civ. No. 18414. Second Dist., Div. Two. Oct. 15, 1951.]

FRED G. SCRAFIELD, Appellant, v. PACKARD-BELL COMPANY (a Corporation) et al., Respondents.

Elmer H. V. Hoffman and Charles H. Carr for Appellant.

Todd W. Johnson, Donald C. McGovern and Edward D. Robertson for Respondents.

McCOMB, J.—It has been stipulated that the decision in *Marshall v. Packard-Bell,* No. 18411 (*ante,* p. 770 [236 P.2d 201]), shall be controlling in the above-entitled case. Since we have this day filed a decision affirming the judgment in *Marshall* v. *Packard-Bell,* it is ordered that the judgment in the instant case be affirmed.

Moore, P. J., concurred.

A petition for a rehearing was denied November 1, 1951, and appellant's petition for a hearing by the Supreme Court was denied December 13, 1951.

236 P.2d 205]

[Civ. No. 18415. Second Dist., Div. Two. Oct. 15, 1951.]

RALPH OTT, Appellant, v. PACKARD-BELL COMPANY (a Corporation) et al., Respondents.

Elmer H. V. Hoffman and Charles H. Carr for Appellant.

Todd W. Johnson, Donald C. McGovern and Edward D. Robertson for Respondents.

McCOMB, J.—It has been stipulated that the decision in *Marshall v. Packard-Bell,* No. 18411 (*ante,* p. 770 [236 P.2d 201]), shall be controlling in the above-entitled case. Since we have this day filed a decision affirming the judgment in *Marshall* v. *Packard-Bell,* it is ordered that the judgment in the instant case be affirmed.

Moore, P. J., concurred.

A petition for a rehearing was denied November 1, 1951, and appellant's petition for a hearing by the Supreme Court was denied December 13, 1951.